UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax: (973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein, Esq. (016472004)

Order Filed on April 29, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In re:

    Mark Haynes,

           Debtor

Case No. 24-12563

Chapter: 13

Hearing Date: 4/24/2024

Judge: Stacey L. Meisel

## MOTION TO WITHDRAW AS COUNSEL

The relief set forth on the following numbered pages, numbered two (2) through two (2), is **ORDERED.**

**DATED: April 29, 2024**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**THIS MATTER**, having been opened to the Court on the motion of withdrawing counsel for the debtor, on a motion to withdraw as counsel, and the Court having considered the motion and any opposition thereto, and the Court having heard the arguments of counsel and any pro se parties, if any, and for good cause shown

**IT IS HEREBY ORDERED AS FOLLOWS**

1. The motion is hereby granted ^ as set forth herein
2. Scott J. Goldstein, Esq. and Law Offices of Wenarsky & Goldstein, LLC are hereby relieved as counsel in this matter
3. All proceedings in this matter are stayed for ~~30~~ 7 days to allow the Debtor to obtain new counsel.