# EXHIBIT A

| | | | |
|---|---|---|---|
| 2563 | 2024-04-29 22:13:32 | 2024-04-29 22:31:00 | 34 |
| 2563 | 2024-04-21 09:07:09 | 2024-04-22 07:01:23 | Ad |
| 2563 | 2024-04-28 14:50:13 | 2024-04-29 08:46:24 | Ad |
| 2563 | 2024-04-29 22:24:14 | 2024-04-29 22:31:00 | Ap |
| 2563 | 2024-04-29 22:23:47 | 2024-04-29 22:31:00 | Ap |
| 2563 | 2024-04-29 22:36:07 | 2024-04-29 22:45:34 | Prc |
| 2563 | 2024-04-29 22:36:06 | 2024-04-29 22:45:34 | Prc |
| 2563 | 2024-04-29 22:36:10 | 2024-04-29 22:45:36 | Prc |
| 2563 | 2024-04-29 22:36:05 | 2024-04-29 22:45:34 | Prc |
| 2563 | 2024-04-29 22:36:10 | 2024-04-29 22:45:34 | Prc |
| **se** | **Received** | **Download** | **Ty** |

Showing 1 to 22 of 22 entries

Previous Next