# EXHIBIT B

**Completed Transactions**
4

**Paid via TFS**
$2,300.00

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| April 26, 2024 | Automatic Payment | 24-12563 | | | 15891342 | $500.00 | Pending |
| April 18, 2024 | Monthly Plan Payment | 24-12563 | April 24, 2024 | April 25, 2024 | 15833683 | $500.00 | Complete |
| March 26, 2024 | Automatic Payment | 24-12563 | April 01, 2024 | April 02, 2024 | 15677891 | $500.00 | Complete |
| February 22, 2024 | Monthly Plan Payment | 23-11977 | February 28, 2024 | February 29, 2024 | 15443495 | $650.00 | Complete |
| February 02, 2024 | Monthly Plan Payment | 23-11977 | February 08, 2024 | February 09, 2024 | 15302255 | $650.00 | Complete |

[redacted]