U.S. BANKRUPTCY COURT
2024 MAY -8 A 9:06

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

MARK HAYNES

Chapter 13

Case No. 24-12563

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 8, 2024 a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon:

Honorable Judge Stacey L. Meisel
U.S. Bankruptcy Court New Jersey (Newark)
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Road
Suite 330
Fairfield NJ 07004-1550

U.S. Trustee
United States Trustee
Office of the United States Trustee
Alexander Hamilton Custom House
One Newark Center, Suite 2100
Newark, NJ 07102

Dated: May 7, 2024

Mark Haynes, Debtor pro se