**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**



Order Filed on May 8, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:
   MARK HAYNES

Case No.:  24-12563SLM

Hearing Date:  5/8/2024

Judge:  STACEY L. MEISEL

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: May 8, 2024**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  24-12563SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 05/08/2024 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must provide the Trustee with all necessary documents in order for a 341(a) meeting to be conducted and concluded by the next Confirmation hearing on 6/12/2024 or the case may be dismissed without further hearings or notice to debtor or debtor's attorney; and it is further

- ORDERED, that debtor must become current with plan payments through June 2024 for a total of $2,943.00 by 6/10/2024 or the case may be dismissed without further hearings or notice to debtor or debtor's attorney; and it is further

- ORDERED, that Debtor must file an amended modified plan and motion(s) objecting to claim(s) by 5/31/2024 or the case may be dismissed without further hearings or notice to debtor or debtor's attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 6/12/2024 via Court Solutions. Debtor must visit www.court-solutions.com and register to appear at the hearing telephonically