UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

MARK HAYNES

Chapter 13

Case No. 24-12563

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 28, 2024 a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon:

Honorable Judge Stacey L. Meisel
U.S. Bankruptcy Court New Jersey (Newark)
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Road
Suite 330
Fairfield NJ 07004-1550

U.S. Trustee
United States Trustee
Office of the United States Trustee
Alexander Hamilton Custom House
One Newark Center, Suite 2100
Newark, NJ 07102

ROSE AND ROSE
Dean Dbreiblatt, Esq.
Attorney foe Fifth and 106th St. Associates
291 Broadway, 13th Floor
New York, NY 10007

Dated: May 28, 2024

*Mark Haynes*
Mark Haynes
Debtor Pro se
38 W Avon Avenue
Irvington, NJ 07711