# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1: MARK HAYNES a/k/a MARQUELL HAYNES

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of New York

Case number: 23-11977

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
FIFTH AND 106TH ST. ASSOCIATES, L.P.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
DEAN DREIBLATT C/O ROSE AND ROSE
Name
291 BROADWAY, 13TH FLOOR
Number    Street
NEW YORK    NY    10007
City    State    ZIP Code

Contact phone 212 349-3366
Contact email DDREIBLATT@ROSEANDROSELA

Where should payments to the creditor be sent? (if different)

Name _____
Number    Street _____
City    State    ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_____

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

# Southern District of New York
# Claims Register

## 23-11977-pb Mark Haynes

**Judge:** Philip Bentley     **Chapter:** 13
**Office:** Manhattan    **Last Date to file claims:** 02/16/2024
**Trustee:** Thomas C. Frost    **Last Date to file (Govt):**

---

**Creditor:** (8246923)
FIFTH AND 106TH ST. ASSOCIATES, L.P.
C/O ROSE AND ROSE
291 BROADWAY, 13TH FLOOR
NEW YORK, NY 10007

**Claim No: 1**
Original Filed Date: 12/11/2023
Original Entered Date: 12/11/2023

**Status:**
Filed by: CR
Entered by: Dean Dreiblatt
Modified:

Amount claimed: $149511.00

History:
Details  1-1  12/11/2023  Claim #1 filed by FIFTH AND 106TH ST. ASSOCIATES, L.P., Amount claimed: $149511.00 (Dreiblatt, Dean)

Description: (1-1) RENT ARREARS
Remarks:

---

**Creditor:** (8247383)
New York State Department of Tax & Finance
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300

**Claim No: 2**
Original Filed Date: 12/13/2023
Original Entered Date: 12/13/2023

**Status:**
Filed by: CR
Entered by: David M Pugliese
Modified:

Amount claimed: $460.53
Priority claimed: $460.53

History:
Details  2-1  12/13/2023  Claim #2 filed by New York State Department of Tax & Finance, Amount claimed: $460.53 (Pugliese, David)

Description: (2-1) pre petition proof of claim
Remarks:

---

**Creditor:** (8246649)
Department of the Treasury
Internal Revenue Service
PO Box 145595
Cincinnati, OH 45250

**Claim No: 3**
Original Filed Date: 01/09/2024
Original Entered Date: 01/09/2024

**Status:**
Filed by: CR
Entered by: Maria Valerio
Modified:

Amount claimed: $4744.54
Secured claimed: $4744.54
Priority claimed: $0.00

History:

Details    3-1    01/09/2024 Claim #3 filed by Department of the Treasury, Amount claimed: $4744.54 (Valerio, Maria)

Description:
Remarks:

Creditor:    (8432310)
U.S. Bank National Association
c/o U.S. Bank Home Mortgage,
a division of U.S. Bank N.A.
2800 Tamarack Road
Owensboro, Kentucky 42301

**Claim No: 4**
Original Filed Date: 01/16/2024
Original Entered Date: 01/16/2024

Status:
Filed by: CR
Entered by: Natalie Lea
Modified:

Amount claimed: $209994.74
Secured claimed: $209994.74

History:

doc    01/25/2024 Notice of Postpetition Mortgage Fees, Expenses, and Charges (Rule 3002.1) with Certificate of Service Re: Claim # 4 filed by U.S. Bank National Association.(Suri, Mukta)

Details    4-1    01/16/2024 Claim #4 filed by U.S. Bank National Association, Amount claimed: $209994.74 (Lea, Natalie)

Description:
Remarks:

Creditor:    (8440078)
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Claim No: 5**
Original Filed Date: 02/15/2024
Original Entered Date: 02/15/2024

Status:
Filed by: CR
Entered by: Mary Fry
Modified:

Amount claimed: $1086.08

History:
Details    5-1    02/15/2024 Claim #5 filed by Citibank, N.A., Amount claimed: $1086.08 (Fry, Mary)
Description: (5-1) Money Loaned
Remarks:

Creditor:    (8440237)
JPMorgan Chase Bank, National Association
Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

**Claim No: 6**
Original Filed Date: 02/16/2024
Original Entered Date: 02/16/2024

Status:
Filed by: CR
Entered by: Tammy L. Terrell Benoza
Modified:

Amount claimed: $138566.89
Secured claimed: $138566.89

History:

OneSite Rents v3.0 — SHP Management Corp - Lakeview Apartments — Page 1 of 2

12/08/2023 — **RESIDENT CHARGES/PAYMENTS LEDGER** — res-370-002

10/01/2019 through 12/08/2023

Parameters: Show transactions beginning - 10/01/2019 Select Status - All; Ledger Type - Resident; SubJournals - RESIDENT;

### Personal Info
- Name: MARK HAYNES
- Bldg/Unit: 104-15B
- Status: Current resident
- Contact Info:
- (M) (212) 410-1700
- email: unit10415b@noemail.com

### Lease Info
- Market Rent: 3,997.00
- Move-In / Lease Begin: 10/01/2008 / 10/01/2008
- Lease End / Move-Out: 09/30/2009
- Notice Given:
- Notice For:

### Scheduled Billing
- Lease Rent: 3,911.00
- Other Charges: 0.00
- Other Credits: 0.00

### Ledger Info
- Previous Balance: 0.00
- Charges: 206,261.00
- Payments: 56,715.00
- Credits: 0.00
- Current Balance: 149,546.00
- Deposits On Hand: 747.00
- Deposits Due: 0.00

### Ledger Detail

| Date | Period | Bldg/Unit | Transaction Code | Description | Journal | Document # | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Balance Forwarded: | | | 0.00 |
| 10/01/2019 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 1,766.00 | | 1,766.00 |
| 11/01/2019 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 5,547.00 |
| 12/01/2019 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 9,328.00 |
| 01/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 13,109.00 |
| 01/16/2020 | 032022 | 104-15B | CB - LATEFEE | LATEFEE | RESIDENT | | 15.00 | | 13,124.00 |
| 01/31/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 12,565.00 | | 25,689.00 |
| 02/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 29,470.00 |
| 02/16/2020 | 032022 | 104-15B | CB - LATEFEE | LATEFEE | RESIDENT | | 15.00 | | 29,485.00 |
| 03/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 33,266.00 |
| 03/16/2020 | 032022 | 104-15B | CB - LATEFEE | LATEFEE | RESIDENT | | 15.00 | | 33,281.00 |
| 04/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 37,062.00 |
| 05/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 40,843.00 |
| 06/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 44,624.00 |
| 07/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 48,405.00 |
| 08/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 52,186.00 |
| 09/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 55,967.00 |
| 10/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 59,748.00 |
| 11/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 63,529.00 |
| 12/01/2020 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 67,310.00 |
| 01/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 71,091.00 |
| 02/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 74,872.00 |
| 03/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 78,653.00 |
| 04/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 82,434.00 |
| 05/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 86,215.00 |
| 06/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 89,996.00 |
| 07/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 93,777.00 |
| 08/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 97,558.00 |
| 09/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 101,339.00 |
| 10/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 105,120.00 |
| 11/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 108,901.00 |
| 12/01/2021 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 112,682.00 |
| 01/01/2022 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 116,463.00 |
| 02/01/2022 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 120,244.00 |
| 03/01/2022 | 032022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,781.00 | | 124,025.00 |
| 04/01/2022 | 042022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,911.00 | | 127,936.00 |
| 04/21/2022 | 062022 | 104-15B | PZ - PMTCHECK | Payment By Check - HAYNES | RESIDENT | wire transfer ERAP | | 56,715.00 | 71,221.00 |
| 05/01/2022 | 052022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,911.00 | | 75,132.00 |
| 06/01/2022 | 062022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,911.00 | | 79,043.00 |
| 06/05/2022 | 062022 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | | 5.00 | | 79,048.00 |
| 07/01/2022 | 072022 | 104-15B | CA - RENT | RENT | RESIDENT | | 3,911.00 | | 82,959.00 |

OneSite Rents v3.0  
12/08/2023

SHP Management Corp - Lakeview Apartments

# RESIDENT CHARGES/PAYMENTS LEDGER

10/01/2019 through 12/08/2023

Page 2 of 2  
res-370-002

Parameters: Show transactions beginning - 10/01/2019 Select Status - All; Ledger Type - Resident; SubJournals - RESIDENT;

| Date | Period | Code | Type | Description | Journal | Charge | Balance |
|---|---|---|---|---|---|---|---|
| 08/01/2022 | 082022 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 86,870.00 |
| 08/09/2022 | 082022 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 8.00 | 86,878.00 |
| 09/01/2022 | 092022 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 90,789.00 |
| 09/08/2022 | 092022 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 7.00 | 90,796.00 |
| 10/01/2022 | 102022 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 94,707.00 |
| 10/06/2022 | 102022 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 94,712.00 |
| 11/01/2022 | 112022 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 98,623.00 |
| 11/08/2022 | 112022 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 7.00 | 98,630.00 |
| 12/01/2022 | 122022 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 102,541.00 |
| 12/07/2022 | 122022 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 6.00 | 102,547.00 |
| 01/01/2023 | 012023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 106,458.00 |
| 01/06/2023 | 012023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 106,463.00 |
| 02/01/2023 | 022023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 110,374.00 |
| 02/06/2023 | 022023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 110,379.00 |
| 03/01/2023 | 032023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 114,290.00 |
| 03/07/2023 | 032023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 6.00 | 114,296.00 |
| 04/01/2023 | 042023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 118,207.00 |
| 04/06/2023 | 042023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 118,212.00 |
| 05/01/2023 | 052023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 122,123.00 |
| 05/08/2023 | 052023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 7.00 | 122,130.00 |
| 06/01/2023 | 062023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 126,041.00 |
| 06/06/2023 | 062023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 126,046.00 |
| 07/01/2023 | 072023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 129,957.00 |
| 07/06/2023 | 072023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 129,962.00 |
| 08/01/2023 | 082023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 133,873.00 |
| 08/10/2023 | 082023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 9.00 | 133,882.00 |
| 09/01/2023 | 092023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 137,793.00 |
| 09/08/2023 | 092023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 137,798.00 |
| 10/01/2023 | 102023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 141,709.00 |
| 10/06/2023 | 102023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 141,714.00 |
| 11/01/2023 | 112023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 145,625.00 |
| 11/06/2023 | 112023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 145,630.00 |
| 12/01/2023 | 122023 | 104-15B | CA - RENT | RENT | RESIDENT | 3,911.00 | 149,541.00 |
| 12/06/2023 | 122023 | 104-15B | CB - LATEFEE | Late Charges | RESIDENT | 5.00 | 149,546.00 |