# EXHIBIT G

## LAKEVIEW APARTMENTS
### RIDER TO HUD MODEL LEASE

**THIS RIDER TO LEASE** ("Rider") is made between Fifth and 106ᵗʰ Street Associates, L.P., a New York limited partnership, as landlord ("Landlord"), and _Mark Hawns_, as Tenant ("Tenant"), and modifies that certain Residential Lease – Lakeview Apartments between Landlord and Tenant dated _October 1st_, 2018 (the "Lease"). Capitalized terms not defined herein have the meanings set forth in the Lease.

1.    Landlord and you hereby acknowledge and agree as follows:

a.    The Lease has been entered into pursuant to the terms of that certain Agreement dated as of June 6, 2018 by and between Lakeview Apartments Tenants' Association, the Landlord, and 106th Street Houses, Inc. (the "Settlement Agreement"). The Settlement Agreement is hereby incorporated by reference into the Lease, and Landlord and you specifically agree hereby to comply with the terms of the Settlement Agreement. In the event of any inconsistency between the terms of this Lease and the Settlement Agreement, the latter shall govern.

b.    Landlord and Lakeview Apartments Housing Development Fund Corporation have entered into (a) that certain Regulatory Agreement dated as of September 28, 2018 with the City of New York, acting by and through its Department of Housing Preservation and Development, (the "HPD Regulatory Agreement") and (b) that certain Regulatory Agreement dated as of September 28, 2018 with the New York State Housing Finance Agency (the "HFA Regulatory Agreement").

c.    Pursuant to Section 4(B) of the HPD Regulatory Agreement and Section 4.2(b) of the HFA Regulatory Agreement, the Apartment is made subject to the Rent Stabilization Law and Landlord is required to register the Apartment's rent with the New York State Homes and Community Renewal (or any successor agency enforcing the Rent Stabilization Law) in accordance with its procedures and guidelines, including, but not limited to, the registration of the rent charged for the Apartment as permitted by the Settlement Agreement and the Lease as a preferential rent.

d.    Notwithstanding the foregoing, as set forth in Section 4(F) of the HPD Regulatory Agreement and Section 4.2(e) of the HFA Regulatory Agreement, for so long as the Apartment is subject to a Project-Based Rental Assistance contract under Section 8 of the United States Housing Act of 1937, as amended (the "HAP Contract"), the Apartment is exempt from the Rent Stabilization Law other than the requirement to register rents as provided above.

e..    If at any time during the term of the Lease or any extension thereof any governmental agency requires the inclusion of an additional lease rider or addendum to impose additional restrictions in accordance with applicable governmental requirements, the Tenant agrees to cooperate with the Landlord in amending the Lease to add such lease rider.

[signatures on following page]

**IN WITNESS WHEREOF,** the parties hereto have signed this Rider.

### LANDLORD:

**FIFTH AND 106TH STREET ASSOCIATES, L.P.,**
a New York limited partnership

By:     Lakeview Apartments LLC,
        a New York limited liability company
        its authorized representative

By _____
Name: _____
Title: _____

### TENANT:

Witness: _____          Name: _____

Witness: _____          Name: _____

Witness: _____          Name: _____

Witness: _____          Name: _____