# EXHIBIT H



# Diversified Financial Services
### CERTIFIED PUBLIC ACCOUNTANTS
New York, NY / Brooklyn, NY

May 23, 2024

To Whom It May Concern,

    We have reviewed the lease agreement between Fifth & 106th Street Associates L.P., landlord, and Mark Haynes, tenant. Based on the lease rider, we have prepared the attached schedule of what the actual annual rent increases/payments should have been.

If you have any questions or require further clarification please contact the below signed.

Very Truly Yours,

Mohammed Ali, CPA

New York City Location
122 East 42nd St. Suite 1518, New York, NY 10168
P: 212.687.8801   P: 212.687.8820

Brooklyn Location
9004 Fifth Avenue, Brooklyn, NY 11209
P: 718.833.6266   P: 718.833.6475

## Rent Payments per Lease Agreement
## Fifth 106th Street Associates L.P. (Landlord) Mark Haynes (Tenant)

|  | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|
| January |  | 1,905.00 | 2,009.78 | 2,120.32 | 2,236.94 | 2,359.97 |
| February |  | 1,905.00 | 2,009.78 | 2,120.32 | 2,236.94 | 2,359.97 |
| March |  | 1,905.00 | 2,009.78 | 2,120.32 | 2,236.94 | 2,359.97 |
| April |  | 1,905.00 | 2,009.78 | 2,120.32 | 2,236.94 | 2,359.97 |
| May |  | 1,905.00 | 2,009.78 | 2,120.32 | 2,236.94 | 2,359.97 |
| June |  | 1,905.00 | 2,009.78 | 2,120.32 | 2,236.94 | 2,359.97 |
| July |  | 1,905.00 | 2,009.78 | 2,120.32 | 2,236.94 | 2,359.97 |
| August |  | 1,905.00 | 2,009.78 | 2,120.32 | 2,236.94 | 2,359.97 |
| September |  | 1,905.00 | 2,009.78 | 2,120.32 | 2,236.94 | 2,359.97 |
| October | 1,905.00 | 2,009.78 | 2,120.32 | 2,236.94 | 2,359.97 | 2,489.77 |
| November | 1,905.00 | 2,009.78 | 2,120.32 | 2,236.94 | 2,359.97 | 2,489.77 |
| December | 1,905.00 | 2,009.78 | 2,120.32 | 2,236.94 | 2,359.97 | 2,489.77 |

| Period | Amount |
|---|---|
| Oct 2018-Sept 2019 | 1,905.00 |
| Oct 2019-Sept 2020 | 2,009.78 |
| Oct 2020-Sept 2021 | 2,120.32 |
| Oct 2021-Sept 2022 | 2,236.94 |
| Oct 2022-Sept 2023 | 2,359.97 |
| Oct 2023-Dec 2023 | 2,489.77 |