| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 5, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    MARK HAYNES | Case No.:     24-12563 SLM<br><br>Chapter:       13 |

### ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 5, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): MARK HAYNES

Case No.: 24-12563

Caption of Order: Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 05/08/2024 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commissions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.